UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ------------------------------------------------------------ X | |
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | : 3:09-md-02100-DRH-PMF<br><br>: MDL No. 2100<br><br>:<br><br>: Judge David R. Herndon |
| ------------------------------------------------------------ | |
| **This Document Relates to:** | ORDER |
| *Phillips v. Bayer Corp.*, *et al.*, No. 3:10-cv-11200-DRH-PMF | |
| *Galligan v. Bayer Corp.*, *et al.*, No. 3:10-cv-11236-DRH-PMF | |
| *Wallace v. Bayer Corp., et al.,* No. 3:10-cv-11561-DRH-PMF | |
| *Williams v. Bayer Corp., et al.,* No. 3:10-cv-11822-DRH-PMF | |

**ORDER**

**HERNDON, Chief Judge:**

This matter is before the Court on the above Plaintiffs' Motions for Extension of Time to Serve Defendants Teva Pharmaceuticals USA, Inc. ("Teva") and Barr Laboratories ("Barr"). Plaintiffs served Defendants Teva and Barr with Notices & Requests for Waiver of Summons in July (*Phillips*, *Galligan* and *Wallace*) and August 2010 (*Williams*). To date, Defendants Teva and Barr have

not replied to the Notices & Requests for Waiver of Summons. In September 2010, Plaintiffs served the complaint and summons upon Teva and Barr via certified mail. Plaintiffs note that while certified mail is the appropriate method of service for two of the Bayer Defendants under Case Management Order Number 9, it may not be an appropriate method of service for Defendants Teva or Barr.

Accordingly, Plaintiffs are requesting the Court grant their motion for an enlargement of time in which to serve Defendants Teva and Barr. After considering Plaintiffs' motion, the Court **ORDERS** as follows:

Plaintiffs' motion for an enlargement of time in which to serve Defendants Teva and Barr is **GRANTED**. Plaintiffs shall have 14 days from the entry of this Order to effectuate service in the manner proscribed by Federal Rule of Civil Procedure 4 on Defendants Teva and Barr.

**SO ORDERED:**

David R. Herndon
2011.01.18 16:29:47
-06'00'

**Chief Judge**
**United States District Court**           DATE: January 18, 2011